■ TIMOTHY RIZZO, Appellant, v ST. LAWRENCE UNIVERSITY, Respondent. [758 NYS2d 252] —Appeals (1) from an order of the Supreme Court (Sise, J.), entered November 15, 2001 in Fulton County, which granted defendant's motion to dismiss the complaint, and (2) from an order of said court, entered August 22, 2002 in Fulton County, which denied plaintiff's motion to renew.

Orders affirmed, upon the opinions of Justice Joseph M. Sise.

Mercure, J.P., Crew III, Peters, Rose and Lahtinen, JJ., concur. Ordered that the orders are affirmed, with costs.